IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:23-288 |
|---|---|---|
| | ) | 18 U.S.C. § 1951(a) |
| | ) | 18 U.S.C. § 1951(b)(1) |
| | ) | 18 U.S.C. § 1951(b)(3) |
| | ) | 18 U.S.C. § 2 |
| vs. | ) | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| **SIERRA O. FLETCHER,** | ) | |
| a/k/a "Yella Flow" | ) | |
| **GABRIEL MAURICE BRUNSON, JR.** | ) | **INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

That on or about March 9, 2021, in the District of South Carolina, the Defendants, **SIERRA O. FLETCHER, a/k/a "Yella Flow,"** and **GABRIEL MAURICE BRUNSON, JR.**, did knowingly, willfully, and unlawfully obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the Defendants did knowingly and unlawfully take and obtain a cellular telephone from the person of C.O., a person engaged in interstate commerce, against C.O.'s will, by means of actual and threatened force, violence, and fear of injury to C.O.'s person, and aided and abetted the same;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about March 9, 2021, in the District of South Carolina, the Defendants, **SIERRA O. FLETCHER, a/k/a "Yella Flow,"** and **GABRIEL MAURICE BRUNSON, JR.**, did knowingly use, carry, and brandish a firearm during and in relation to, and did possess and brandish a firearm in furtherance of, a crime of violence, which is prosecutable in a court of the United States, and aided and abetted the same;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18, United States Code, Section 924(c)(1) as charged in this Indictment, the Defendants, **SIERRA O. FLETCHER, a/ka/ "Yella Flow,"** and **GABRIEL MAURICE BRUNSON, JR.,** shall forfeit to the United States all of the Defendants' rights, title, and interest in and to:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) involved in or used in any knowing violations of 18 U.S.C. § 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

ROBBERY:

Upon conviction for violation of Title 18, United States Code, Section 1951, the Defendants, **SIERRA O. FLETCHER, a/ka/ "Yella Flow,"** and **GABRIEL MAURICE BRUNSON, JR.,** shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained directly or indirectly as a result of such offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

3

A.   Firearm:

Black P80 PFC9 pistol with magazine and Survival land laser
Serial Number: CA04303

B.   Ammunition:

Miscellaneous rounds of 9mm ammunition

C.   Cash Proceeds/ Forfeiture Judgment:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the robbery offense charged in this Indictment, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to their violation of 18 U.S.C. § 1951.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A   TRUE   BILL

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: 
Benjamin N. Garner (Fed. ID 11477)
Assistant United States Attorney
1441 Main Street, Suite 50
Columbia, South Carolina 29201
Tele. (803) 929-3000
Fax  (803) 254-3135
Email: Benjamin.Garner@usdoj.gov

4