# RECORD OF GRAND JURY BALLOT

CI 3:23-288

THE UNITED STATES v. **SIERRA O. FLETCHER**, a/k/a "Yella Flow" and **GABRIEL MAURICE BRUNSON, JR.**

(SEALED UNTIL FURTHER ORDER OF THE COURT)